The **TAYLOR–WINFIELD CORPORATION, Petitioner-Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.**

No. 72–1409.

United States Court of Appeals, Sixth Circuit.

Oct. 24, 1972.

John C. Klotsche, Chicago, Ill., for petitioner-appellant; Thomas M. Haderlein, Chicago, Ill., on brief; Baker & McKenzie, Chicago, Ill., of counsel.

Charles E. Anderson, Atty., Tax Div., Dept. of Justice, Washington, D. C., for respondent-appellee; Scott P. Crampton, Asst. Atty. Gen., Richard W. Perkins and Meyer Rothwacks, Attys., Tax Div., Dept. of Justice, Washington, D. C., on brief.

Before EDWARDS and MILLER, Circuit Judges, and BRATCHER,* District Judge.

### ORDER

On consideration of the briefs of the parties and the files and records in this case; and

Finding that the appellate issues have been fully and accurately dealt with by the opinion of the Tax Court, 57 T.C. 205 (November 8, 1971),

* Honorable Rhodes Bratcher, United States District Judge for the Western District of Kentucky, sitting by designation.

The decisions of the Tax Court are affirmed for the reasons set forth in the Tax Court opinion just cited.